1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
        alexandra.shepard@usdoj.gov
8
   Attorneys for United States of America
9
                           UNITED STATES DISTRICT COURT
10
                          NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,              ) CASE NO. 3:20-MJ-71726 MAG
                                          )
14       Plaintiff,                       ) STIPULATION AND [PROPOSED] ORDER
                                          ) EXCLUDING RULE 5.1 AND SPEEDY TRIAL
15    v.                                  ) TIME FROM FEBRUARY 1, 2021 TO MARCH 4,
                                          ) 2021
16 GAGE PASCOE,                           )
                                          )
17       Defendant.                       )
                                          )
18                                        )
                                          )
19

20       With the agreement of the parties, and with the consent of the defendant, the Court enters this

21 order continuing the preliminary hearing date of February 1, 2021, at 10:30 a.m., to March 4, 2021, at

22 10:30 a.m. and documenting the defendant's waiver of the preliminary hearing date under Federal Rule

23 of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(b).

24 This Court previously agreed to continue the date of the preliminary hearing and to exclude time under

25 the Speedy Trial Act through February 1, 2021.

26
27
28

   STIPULATION AND [PROPOSED] ORDER

The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently charged by criminal complaint. The defendant is not in custody, having been released on December 22, 2020.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in her client's best interest, and that it is not in her client's interest for the United States to indict the case during the timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from February 1, 2021 through March 4, 2021, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date of February 1, 2021, at 10:30 a.m. to March 4, 2021, at 10:30 a.m. before the Honorable Laurel Beeler, and (2) orders that the period from February 1, 2021, through March 4, 2021 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

Dated: January 29, 2021            /S/
                                   Elisse Larouche
                                   Attorney for Defendant Gage Pascoe

Dated: January 29, 2021            /S/
                                   Alexandra Shepard
                                   Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER

1 | IT IS SO ORDERED.

2 | DATED: January __29__, 2021

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge