GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
ELISSE M. LAROUCHE
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        elisse_larouche@fd.org


Counsel for Defendant PASCOE


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GAGE PASCOE,<br><br>Defendant. | **Case No.:** 20-MJ–71726 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE RULE 5.1 AND SPEEDY TRIAL TIME FROM APRIL 12, 2021 TO MAY 14, 2021** |


Gage Pascoe is currently released on pretrial conditions and living at a sober living environment. Mr. Pascoe is set for a status regarding preliminary hearing on April 15, 2021.[1] Defense counsel continues to manage several constraints during the COVID-19 pandemic that restrict her ability to timely and effectively investigate, review discovery, and consult with Mr. Pascoe.

---

[1] The parties submitted a stipulation and proposed order to exclude time and continue the preliminary hearing and status hearing to April 12, 2021, which Judge Beeler granted, Dkt 27, however it appears the matter has been scheduled for April 15 on the online Court calendar.

Accordingly, with the agreement of the parties, and with the consent of the defendant, the parties respectfully request that the Court order the status regarding preliminary hearing be reset to May 14, 2021 at 10:30 a.m. with defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1. The parties additionally request an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b). The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently charged by criminal complaint. The defendant is not in custody, having been released on December 22, 2020.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in her client's best interest, and that it is not in her client's interest for the United States to indict the case during the timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 12, 2021 through May 14, 2021, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date of April 15, 2021, at 10:30 a.m. to May 14, 2021, at 10:30 a.m. before the Honorable Judge Hixon, and (2) orders that the period from April 12, 2021, through May 14, 2021 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

1    Therefore, the parties hereby stipulate that the April 15 hearing be vacated, and placed

2  on calendar for a status conference on May 14, 2021 at 10:30 a.m.

3    The parties further stipulate that the time be excluded from April 12, 2021 to May 14,

4  2021 for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The

5  parties stipulate, and ask the Court to find, that the requested exclusion of time are in the

6  interests of justice and outweigh the best interest of the public and the defendant in a speedy

7  trial. 18 U.S.C. § 3161(h)(7)(A).

8    IT IS SO STIPULATED.

9                                          Respectfully Submitted,

10         April 9, 2021                    GEOFFREY HANSEN
11         Dated                            Acting Federal Public Defender
                                            Northern District of California
12
                                           _____
13                                                      /S
                                           ELISSE M. LAROUCHE
14                                         Assistant Federal Public Defender

15

16         April 9, 2021                    STEPHANIE HINDS
17         Dated                            Acting United States Attorney
                                            Northern District of California
18                                         _____
                                                        /S
19                                         ALEXANDRA SHEPARD
                                           Assistant United States Attorney
20

21  DATED: _____

22                                         _____
                                           JACQUELINE SCOTT CORLEY
23                                         United States Magistrate Judge

19    IT IS SO ORDERED.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
*PASCOE*, CR 20–71726 MAG

3